UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------------------X

TIMOTHY KELLY,

                          Plaintiff,

     -against-

TIMES/REVIEW NEWSPAPERS
CORPORATION a/k/a TIMES REVIEW
NEWSPAPERS a/k/a TIMES REVIEW
NEWSGROUP,

                         Defendant.

----------------------------------------------------------------------------------------------X

For Online Publication Only

**ORDER**
14-CV-2995 (JMA) (SIL)

**AZRACK, United States District Judge:**

       Plaintiff Timothy Kelly filed his complaint against his former employer, Times/Review Newspaper Corporation ("Times Review"), on May 13, 2014, alleging that he was wrongfully terminated due to age discrimination. On March 17, 2017, defendant Times Review filed a motion for summary judgment and a motion to file certain documents under seal. On March 20, 2017, plaintiff filed a letter motion requesting a conference in connection with a proposed motion to strike portions of defendant's reply brief. On September 18, 2017, I referred these three motions to Magistrate Judge Steven I. Locke for a Report and Recommendation ("R&R").

       On February 15, 2018, Judge Locke issued an R&R, recommending: (1) defendant's motion for summary judgment be granted and plaintiff's complaint be dismissed with prejudice; (2) defendant's motion to file documents under seal be granted; and (3) plaintiff's request for a pre-motion conference be denied as moot.

       On March 1, 2018, plaintiff filed objections to Judge Locke's R&R. Having conducted a review of the full record and the applicable law, I adopt Judge Locke's R&R in its entirety as the opinion of the Court.

1

In reviewing a magistrate judge's report and recommendation, the court must "make a <u>de novo</u> determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); <u>see</u> also <u>Brown v. Ebert</u>, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006).  The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error.  <u>See</u> <u>Pall Corp. v. Entegris, Inc.</u>, 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

I have undertaken a *de novo* review of the record, the R&R, and the instant objections and responses to those objections, and I agree with Judge Locke's comprehensive and well-reasoned R&R.  Accordingly, the Court: (1) grants Defendant's motion for summary judgment and dismisses the complaint with prejudice; (2) grants Defendant's motion to file documents under seal; and (3) denies Plaintiff's motion for a pre-motion conference as moot.

The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

**SO ORDERED.**

Dated: March 31, 2018
      Central Islip, New York

                                                  /s/  (JMA)
                                         JOAN M. AZRACK
                                         UNITED STATES DISTRICT JUDGE